JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PAMELA COLE-LESTER, | Case No. 5:25-cv-01830 MWF (SKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CHARTER COMMUNICATIONS OPERATING, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS, INC., a Delaware corporation; CHARTER COMMUNICATIONS HOLDINGS, LLC, a Delaware limited liability company; SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, a Delaware limited liability company; SPECTRUM PACIFIC WEST, LLC , a Delaware limited liability company; and DOES 1 through 70, inclusive, | |
| Defendants. | |

//

//

//

//

//

//

201504417.1

ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

The Court has considered the parties' Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation").  (Docket No. 18).  For good cause shown, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint is DISMISSED in its entirety with prejudice. Each Party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: June 10, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

201504417.1

2

ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE